**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**JUN 2 6 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MERLE V. WATSON, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 08 - 1075 (PLF) |
| | ) |
| MICHAEL GAINES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this ___25th___ day of ___June___ 2008,

ORDERED that respondent, by counsel, shall, within ___20___ days of service of a copy

of this Order and the Petition, file with this Court and serve on the petitioner a statement showing

why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this

Order to the United States Marshals Service for the purpose of making service of same on the

named respondent, the United States Attorney for the District of Columbia and the District of

Columbia Attorney General.

_____
United States District Judge