UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERLE V. WATSON, Jr.,** : | |
| Petitioner : | Civil Action No. 08-01075 (PLF) |
| : | |
| v. : | |
| : | |
| **MICHAEL GAINES, et al.,** : | |
| Respondents : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L. Berthrong is counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

   /s/ John P. Mannarino
JOHN P. MANNARINO
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 444-384

   /s/ Sherri L. Berthrong
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court served by mail upon the petitioner, Merle V. Watson, Jr., Federal Reg. No. 03814-000, FCI Cumberland, Federal Correctional Institution, P.O. Box 1000, Cumberland, MD 21501, this 8th day of July, 2008.

                                            /s/ Sherri L. Berthrong
                                            Sherri L. Berthrong
                                            Assistant United States Attorney