CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, D.C. 20001
OFFICIAL BUSINESS
☐ Moved, Left No Address
☐ Attempted, Not Known
☐ Other

TO RETURN

☐ No Such Street
☐ No Such Number
☐ Refused
Route No. _____
Carr. Initials _____
Date _____

NIXIE        207   CC  1           81  07/13/08
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 20001290299       *0817-04055-13-26

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004634648
$ 00.42°
JUN 27 2008
MAILED FROM ZIPCODE 20001

JUL 14 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

Melvin W. Watson, Jr. #176-159
CCA Correctional Treatment Facility
1901 E Street, SE
Washington, DC 20003



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov | To | DCD_ECFNotice@dcd.uscourts.gov |
| 06/25/2008 11:31 AM | cc | |
| | bcc | |
| | Subject | Activity in Case 1:08-cv-01075-PLF WATSON v. GAINES et al Order on Motion for Leave to Proceed in forma pauperis |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 6/25/2008 at 11:31 AM and filed on 6/23/2008
**Case Name:**             WATSON v. GAINES et al
**Case Number:**           1:08-cv-1075
**Filer:**
**Document Number:**       No document attached

Docket Text:
**ORDER granting [2] Motion for Leave to Proceed in forma pauperis.FIAT. Signed by Judge Ricardo M. Urbina on 6/19/08. (td, )**

**1:08-cv-1075 Notice has been electronically mailed to:**

**1:08-cv-1075 Notice will be delivered by other means to::**

MELVIN V. WATSON, JR
DC 176-159
CCA CORRECTIONAL TREATMENT FACILITY
1901 E STREET, S.E.
WASHINGTON, DC 20003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MERLE V. WATSON, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-1075 (PLF) |
| ) | |
| MICHAEL GAINES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 25th day of June 2008,

ORDERED that respondent, by counsel, shall, within 20 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the named respondent, the United States Attorney for the District of Columbia and the District of Columbia Attorney General.

_____
United States District Judge