UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MERLE V. WATSON, Jr.,** | : | |
|     Petitioner | : | Civil Action No. 08-01075 (PLF) |
| | : | |
|     v. | : | |
| | : | |
| **MICHAEL GAINES, et al.,** | : | |
|     Respondents | : | |

### FEDERAL RESPONDENTS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE TO PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS

The federal respondents, by and through their attorney, the United States Attorney for the District of Columbia, respectfully request a 30 day enlargement of time, until August 27, 2008, within which to file a response to the petitioner's pro se petition for a writ of habeas corpus. In support of this motion, the federal respondents state:

1. The petitioner filed, on June 23, 2008, a pro se petition requesting a writ of habeas corpus. On June 25, 2008, the Court ordered the United States to respond by July 28, 2008.

2. In order to adequately respond to the petitioner's claims, it is necessary for the U.S. Parole Commission and the Federal Bureau of Prisons to obtain and review documents relating to the petitioner's parole history and custody, and to research his claims. The undersigned attorney has been in contact with the U.S. Parole Commission and the Federal Bureau of Prisons, who are both in the process of obtaining and reviewing the petitioner's parole file and other documents relating to the petitioner's prior terms of custody. Additional time is needed for the Federal Bureau of Prisons to review the petitioner's claims and to ensure that his sentence computation is accurate.

3. Furthermore, the undersigned Assistant U.S. Attorney has had several other briefs due and hearings scheduled during the pendency of the Court's order. The amount of time requested is reasonable in light of the undersigned's workload, the need to obtain and review the documents from the U.S. Parole Commission and Federal Bureau of Prisons, and to prepare a response to the petitioner's petition. Moreover, this is the United States' first request for an enlargement of time and the petitioner should not be unduly prejudiced by this request.

4. Accordingly, the federal respondents request a 30 day enlargement of time, until August 27, 2008, within which to file a response to the petitioner's pro se petition for a writ of habeas corpus.

A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar Number 498-610

  /s/ John P. Mannarino
JOHN P. MANNARINO
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 444-384

  /s/ Sherri L. Berthrong
SHERRI L. BERTHRONG
Assistant United States Attorney
D.C. Bar No. 249-136
Sherri.Berthrong@usdoj.gov
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530
(202) 514-6948

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the instant motion has been filed electronically with the Court served by mail upon the petitioner, Merle V. Watson, Jr., Federal Reg. No. 03814-000, FCI Cumberland, Federal Correctional Institution, P.O. Box 1000, Cumberland, MD 21501, this 23rd day of July, 2008.

                                                    /s/ Sherri L. Berthrong
                                                 Sherri L. Berthrong
                                                 Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERLE V. WATSON, Jr.,** : | |
| Petitioner : | Civil Action No. 08-01075 (PLF) |
| : | |
| v. : | |
| : | |
| **MICHAEL GAINES, et al.,** : | |
| Respondents : | |

### ORDER

Upon consideration of the Federal Respondents' motion for an enlargement of time within which to file a response to petitioner's pro se petition for writ of habeas corpus, and good cause having been shown, it is hereby **ORDERED**:

The Federal Respondents shall have until August 27, 2008, within which to file their response to the petitioner's petition for writ of habeas corpus.

**SO ORDERED** this _____ day of _____, 2008

_____/s/_____
Paul L. Friedman
U.S. District Court Judge

Copies to:

Merle V. Watson, Jr.
Federal Reg. No. 03814-000
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

Sherri L. Berthrong
Assistant United States Attorney
Special Proceedings Division
555 4th Street, N.W., Room 10-450
Washington, D.C. 20530