Received Mail Room
JUL 2 5 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. 08-01075 (PLF)
7-21-08

MERLE V WATSON, Jr.
Vs.
MICHAEL GAINES, et al

RECEIVED
JUL 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF CHANGE ADDRESS

Dear Clerk,

Please be advised that my new address is 1901 D. St. S.E. Washington D.C. 20003, D.C. Jail. I will be housed at the above address until late September, 2008, or early October, 2008. Being transfered back and forth is not my doing, its the U.S. Attorney doing.

I am asking this honorable court to place a hold on me with the U.S. Marshall Service or issue a restraining order in the above case prohibiting me from being transfered out of this jurisdiction

2

until the outcome of the Above case.

The respondents Attorneys will have me move again if this honorable court do not put a hold on me.

I also ask the court to Appoint an Attorney for the petitioner in this case because the petitioner is a layman of the law and do not have resouce to research for this case.

Petitioner ask this honorable court to send him a copy of everything thats been filed in this case including a copy of the Writ 2241, and all Exibit in this case because eachtime petitioner is transfered he is not Allowed to carry no legal papers or property with him.

I also ask the court to sever a copy of this motion on the respondents because petitioner was not able to get it coppied.

Thank you

Respectfully
Merle Watson #176459
1901 D St. S.E.
Wash. D.C. 20003