

Melvin V. Watson, Jr. #176-159
CCA Correctional Treatment Facility
1901 E Street, SE
Washington, DC 20003



DCD_ECFNotice@dcd.uscourts.gov
07/03/2008 03:09 PM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:08-cv-01075-PLF WATSON v. GAINES et al Show Cause Issued

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 7/3/2008 at 3:09 PM and filed on 7/2/2008
**Case Name:**            WATSON v. GAINES et al
**Case Number:**          1:08-cv-1075
**Filer:**
**Document Number:**      No document attached

Docket Text:
**SHOW CAUSE Issued as to MICHAEL GAINES, BROW, CAULFIELD, DIRECTOR OF BUREAU OF PRISONS, USA, D.C. ATTORNEY GENERAL pursuant to Order to Show Cause [3] (td, )**

**1:08-cv-1075 Notice has been electronically mailed to:**

**1:08-cv-1075 Notice will be delivered by other means to::**

MELVIN V. WATSON, JR
DC 176-159
CCA CORRECTIONAL TREATMENT FACILITY
1901 E STREET, S.E.
WASHINGTON, DC 20003