UNITED STATES DISTRICT COURT OF
THE DISTRICT OF COLUMBIA

MERLE V. WATSON, Jr.
  v.                                    CASE NO. 08-01075(PLF)
MICHAEL GAINES, et al

NOTICE OF CHANGE OF ADDRESS AND MOTION FOR A RESTRAINING ORDER PROHIBITING THE TRANSFER OF PETITIONER FROM THIS JURISDICTION

RECEIVED
JUL 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Merle V. Watson, Jr, pro-se hereby notify this honorable Court that his new mailing address is 1901 D. ST. S.E. Washington D.C. 20003, Mr. Watson, also ask this honorable Court to issue a restraining order prohibiting him from being transfered out of this jurisdiction then claiming his petition is moot. Its issues in this petition that was never resolved in a writ of habeas corpus that was before the honorable Judge Gladis Kesler, in this same


II

courthouse concerning time spent in custody by Mr. Watson, from August 2000 to January 2002, and again on August 2003 to May 2004, respondent's and they attorneys have intentionally mislead the court in the past and will attempt to do so now, it's only one to resolve this matter and that's by this honorable court setting a hearing date ordering all parties concerned or involved to appear before this honorable court.

    Mr. Watson, also ask this honorable court to mail him coppies of "<u>everything</u>" that's been filed in this case including writ and exibits because eachtime Mr. Watson, is transfered he is not allowed to carry or bring nothing with him.

    Mr Watson, further ask that this honorable court consider his motion for appointment of counsle and appoint him a counsle in this matter. Mr. Watson, ask this honorable court to mail all parties concerned a copy of this notice because he couldn't get it coppied.

    Respectfully
Merle V Watson Jr 176-159
1901 D St S.E.
Washington D C 20003