# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MERLE V. WATSON, Jr.
         Vs.                    CASE NO. 08-01075 (PLF)
MICHAEL GAINES et al

RECEIVED
AUG 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk,

I am writing to make the court aware that my new address is 1901 E. ST. S.E. Washington D.C. 20003; If this honorable court do not put a hold on me with the U.S. Marshall Service or issue a restraining order prohibiting me from being moved or transferred again I will be transferred again out of this jurisdiction.

It is of great importance that the court act now, and have the U.S. Marshall Service put a hold on Mr. Watson in the above case if not Mr. Watson,

could be transfered out of this jurisdiction Altogether in the next three (3) weeks if this honorable court don't act now.

Mr. Watson would like to be present for any future matters that come before the court in this case.

Mr. Watson, ask this honorable to consider his motion for appointment of counsel under the pro bono that was filed with the writ of habeas corpus because he do not have the tools or resouce to prepare for this case the way he want too and he is a layman of the law and justice would be best serve if counsel was appointed.

Mr. Watson, was not able to get coppies of this petition to mail to all parties concerned, so he ask the court to send coppie to all parties it concer. Mr. Watson, ask for a copy of every thing thats been filed in this case that docket with the court weather he filed to the court or respondents filed it with the court.

Respectfully Submitted
Mark V. Watson Jr. #176-159
1901 E ST S.E. C.T.F.
Washington D C 20003
Aug 3, 2008