UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MERLE V. WATSON, JR., : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 08-1075 (PLF) |
| : | |
| MICHAEL GAINES, *et al.*, : | |
| : | |
| Respondents. : | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the order to show cause [Dkt. #3] is DISCHARGED; it is

FURTHER ORDERED that the petition for a writ of habeas corpus [Dkt. #1] is DENIED; and it is

FURTHER ORDERED that this civil action is DISMISSED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: December 17, 2008